UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TALETHA MICHELLE COUSINS,

    Plaintiff,

v.

Case No. 19-cv-10996
Hon. Matthew F. Leitman

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.
_____/

## JUDGMENT

For the reasons stated in the order issued on this date, it is **ORDERED** and **ADJUDGED** that Plaintiff's Motion for Summary Judgment is **GRANTED IN PART**, Defendant's Motion for Summary Judgment is **DENIED**, and this action is **REMANDED** to the Commissioner of Social Security for further administrative proceedings.

                                    s/Matthew F. Leitman
                                    MATTHEW F. LEITMAN
                                    UNITED STATES DISTRICT JUDGE

Dated: July 8, 2020

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 8, 2020, by electronic means and/or ordinary mail.

                                    s/Holly A. Monda
                                    Case Manager
                                    (810) 341-9764